# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GLEN P. BARTLETT,**

    **Plaintiff,**

**vs.**                                                           **CASE NO. 4:06CV544-WS/AK**

**APALACHEE MENTAL HEALTH INC., et al,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal, (doc. 18), which the Court herein **GRANTS**, and this cause is **DISMISSED**.

**DONE AND ORDERED** this 4th day of April, 2008.

                                             S/ A Kornblum
                                             **ALLAN KORNBLUM**
                                             **UNITED STATES MAGISTRATE JUDGE**